IN THE UNITED STATED DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JENNIFER BARKER AND SABREE HUTCHINSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | ) ) ) ) ) CIVIL CASE NO: 3:12-cv-00372-S |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| PATRICK COLLINS, INC., MALIBU MEDIA, LLC, RAW FILMS, LTD., K-BEECH, INC., and THIRD DEGREE FILMS, INC., | ) ) ) ) ) |
| Defendants. | ) ) |

**AGREED ORDER REGARDING THE DUE DATE FOR DEFENDANTS, PATRICK COLLINS, INC., MALIBU MEDIA, LLC, K-BEECH, INC., AND THIRD DEGREE FILMS, INC.'S TO RESPOND TO FIRST AMENDED COMPLAINT**

THIS CAUSE came before the Court upon the parties' submission of this Agreed Order, and the Court being duly advised in the premises does hereby:

**ORDER AND ADJUDGE:**

a) Defendants, PATRICK COLLINS, INC., MALIBU MEDIA, LLC, K-BEECH, INC., and THIRD DEGREE FILMS, INC.'s, shall file a response to the First Amended Complaint on or before the later of either September 17, 2012, or the first business day after the entry of an Order admitting M. Keith Lipscomb, Esq. as counsel of record for Defendants.

September 14, 2012



Charles R. Simpson III, Judge
United States District Court