IN THE UNITED STATED DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JENNIFER BARKER AND SABREE HUTCHINSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>PATRICK COLLINS, INC., MALIBU MEDIA, LLC, RAW FILMS, LTD., K-BEECH, INC., and THIRD DEGREE FILMS, INC.,<br><br>Defendants. | CIVIL CASE NO: 3:12-cv-00372-S |

**AGREED ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS[1] MOTION TO DISMISS**

The Defendants herein have filed a motion to dismiss, and the Plaintiffs are required to respond thereto no later than October 12, 2012. Subsequent to the filing of the Defendants' motion to dismiss, the Plaintiffs filed a motion to take limited discovery pertaining to the issue of jurisdiction prior to the required Rule 26 Planning Conference. The Defendants are to respond to this motion not later than October 19, 2012.

In order to allow the Court to rule on the Plaintiffs' motion to take limited discovery before the Plaintiffs are required to file a response to the Defendants' motion to dismiss, the parties have agreed that the Plaintiffs shall have 10 days after entry of any order overruling the Plaintiffs' motion to take limited discovery should the Court overrule their motion.

---

[1] The term "Defendants" as used herein does not apply to Raw Films, Ltd. which has not been served with process as of this date, and therefore, is not a party to these proceedings.

October 2, 2012

Charles R. Simpson III, Judge
United States District Court