IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JENNIFER BARKER and SABREE HUTCHINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PATRICK COLLINS, INC., MALIBU MEDIA, LLC, RAW FILMS, LTD, K-BEECH, INC., and THIRD DEGREE FILMS, INC.<br><br>Defendants. | CIVIL CASE NO: 3:12-cv-00372-S |

**AGREED ORDER ON EXTENSION OF TIME FOR DEFENDANTS[1] TO FILE REPLY IN FURTHER SUPPORT OF MOTION TO DIMISS [CM/ECF 15]**

The Plaintiffs herein have filed an opposition to Defendants' Motion to Dismiss [CM/ECF 31], and the Defendants have until August 30, 2013 to file a reply in further support of their motion. The parties have agreed that the Defendants shall have up to and including Tuesday, September 3, 2013 to file a reply in further support of their Motion to Dismiss.

**DONE AND ORDERED**   September 3, 2013

Charles R. Simpson III, Senior Judge
United States District Court

---

[1] The term "Defendants" as used herein does not apply to Raw Films, Ltd. which has not been served with process as of this date, and therefore, is not a party to these proceedings.