UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

JENNIFER BARKER AND SABREE HUTCHINSON,
Individually and on Behalf of All Others Similarly Situated          PLAINTIFFS

v.          CIVIL ACTION NO. 3:12-CV-00372-CRS

PATRICK COLLINS, INC., ET AL.          DEFENDANTS

# ORDER

Motions having been made and for the reasons set forth in the memorandum opinion entered herein this date, **IT IS HEREBY ORDERED AND ADJUDGED** that the motion to dismiss (DN 15) of the defendants, Patrick Collins, Inc., Malibu Media, LLC, Raw Films, Ltd., K-Beech, Inc., and Third Degree Films, is hereby **GRANTED**.

There being no just reason for delay in its entry, this is a final order.

**IT IS SO ORDERED.**

Charles R. Simpson III, Senior Judge
United States District Court

November 4, 2013